IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS GARCIA, et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>C.H. ROBINSON WORLDWIDE, INC.,<br><br>            Defendant. | No. CV-F-07-157 OWW/TAG<br><br>ORDER GRANTING MOTION TO STAY PROCEEDINGS (Doc. 16) AND VACATING ORAL ARGUMENT SET FOR AUGUST 6, 2007 |

Defendant has filed a motion to stay all proceedings in this action for 120 days while the parties seek consolidation and transfer by the Judicial Panel for Multidistrict Litigation for the purpose of obtaining judicial approval of the settlement of this case.  Accompanying the motion are declarations by Plaintiffs' attorneys averring that the motion to stay is unopposed.

Accordingly:

1.  Defendant's motion to stay proceedings is GRANTED.

1

   2.   All proceedings in this action are stayed for 120 days.

   3.   Oral argument set for August 6, 2007 is vacated.

IT IS SO ORDERED.

**Dated:   July 31, 2007**                             /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

2